173 So.2d 542

**STATE of Louisiana**

**v.**

**Anthony GRASSO, Jr. and Charles Tanner.**

**No. 47728.**

April 15, 1965.

In re: Anthony Grasso, Jr., and Charles Tanner applying for writs of certiorari, review and mandamus.

Writs refused. Under the evidence adduced at the trial of the plea to the jurisdiction the result reached by the trial judge is correct.

FOURNET, C. J., is of the opinion the Orleans Parish Court is without jurisdiction to try this case.

173 So.2d 542

**Michel CASTRINOS**

**v.**

**CITY OF NEW ORLEANS, Sewerage & Water Board of New Orleans and The Great American Insurance Co. of New York.**

**No. 47731.**

April 15, 1965.

In re: City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 357.

Application not considered. Not timely filed (within 30 days after a rehearing was refused by the Court of Appeal). See Art. VII, Section 11 of the Constitution, LSA.